AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| Matthew J. Platkin, Attorney General of the State of New Jersey, et al. <br> *Plaintiff* <br> v. <br> RealPage, Inc., et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Schedule A, attached hereto and incorporated herein

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew J. Platkin
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101

Brent Johnson
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW
Washington, DC 20005

*additional counsel listed in signature block

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

*Matthew J. Platkin, Attorney General of the State of New Jersey, et al. v. RealPage, et al.*

**SCHEDULE A – Names and Addresses of Defendants**

**DEFENDANTS TO BE SERVED:**

RealPage, Inc
2201 Lakeside Blvd.
Richardson, Texas 75082

Morgan Properties Management Company, LLC
227 Washington St.
Conshohocken, PA 19428

AvalonBay Communities, Inc.
4040 Wilson Blvd
Arlington, VA 22203

Kamson Corp.
270 Sylvan Ave Ste 1170
Englewood Cliffs, NJ 07632

Realty Operations Group LLC
30 W 57th Street, Fifth Floor
New York, NY 10019

Lefrak Estates, L.P.
40 W 57th Street, Floor 23
New York, NY 10019

Greystar Management Services, LLC
465 Meeting St #500
Charleston, SC 29403

AION Management, LLC
1 S Broad St.
Philadelphia, PA 19107

Cammeby's Management Co. of New Jersey d/b/a JCM Living
300 Boulevard of the Americas
Lakewood, NJ 08701

Veris Residential, Inc.
210 Hudson Street Suite 400
Jersey City, NJ 07311

Russo Property Management, LLC
570 Commerce Blvd
Carlstadt, NJ 07072

Russo Development, LLC
570 Commerce Blvd
Carlstadt, NJ 07072

Bozzuto Management Company
6406 Ivy Ln Suite 700
Greenbelt, MD 20770