# COHENMILSTEIN

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
cohenmilstein.com

Brent W. Johnson
**O:** 202.408.4600
**D:** 202.589.2271
bjohnson@cohenmilstein.com

June 4, 2025

**Via ECF**
Hon. Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re:  *Platkin, et al. v. RealPage, Inc., et al.*, Case No. 2:25-cv-03057-SDW-JSA

Dear Judge Allen:

   This firm, Cohen Milstein Sellers & Toll PLLC, represents Plaintiffs New Jersey Attorney General Matthew J. Platkin and Acting Director of the New Jersey Division of Consumer Affairs Elizabeth Harris[1] (collectively, "Plaintiffs") in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c), and Your Honor's preferences regarding *pro hac vice* applications, Plaintiffs submit this informal application for the *pro hac vice* admission of Emmy L. Levens, Robert A. Braun, Aaron J. Marks, and Amanda K. Chuzi, all of Cohen Milstein Sellers & Toll PLLC, in this matter. Counsel for Defendants consent to this application.

   In support of this application, enclosed please find the following:

- Certification of Brent W. Johnson in support of the application for their *pro hac vice* admission;
- Certifications of Emmy L. Levens, Robert A. Braun, Aaron J. Marks, and Amanda K. Chuzi; and
- Proposed Order Granting the *pro hac vice* admissions.

   Should the enclosed proposed form of Order meet Your Honor's approval, we respectfully request that it be entered on the docket. Please do not hesitate to contact us with any questions.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the caption has been revised to reflect the current Acting Director of the Division of Consumer Affairs.

COHENMILSTEIN

June 4, 2025
Page 2

Respectfully submitted,

*/s/ Brent W. Johnson*

Brent W. Johnson

Encl.
cc: Counsel of Record (via ECF and Email)