Brian F. McDonough (NJ Attorney ID 026121980)
David Reichenberg (NJ Attorney ID 507282024)
Jesse J. Sierant (NJ Attorney ID 049342013)
Leslie Prentice (NJ Attorney ID 021952011)
Blair Gerold (NJ Attorney ID 294602019)
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271

Brent Johnson (NJ Attorney ID 031902003)
Emmy L. Levens
Robert A. Braun
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW Suite 800
Washington, DC 20005
(202) 408-4600

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW J. PLATKIN, Attorney General of the State of New Jersey; ELIZABETH HARRIS, Acting Director of the New Jersey Division of Consumer Affairs,<br><br>             *Plaintiffs*,<br><br>        v.<br><br>RealPage, Inc. et al.,<br><br>             *Defendants*. | Case No. 2:25-cv-03057-SDW-JSA<br><br>**CERTIFICATION OF BRENT W. JOHNSON IN SUPPORT OF *PRO HAC VICE* ADMISSION** |

I, Brent W. Johnson, of full age, hereby certify:

1.      I am an attorney-at-law of the State of New Jersey, and a partner of the law firm Cohen Milstein Sellers & Toll PLLC, attorneys for Plaintiffs in the above-captioned action. I am a member in good standing of the bar of this Court, and I am not under suspension by this Court or by any other to which I am admitted.

2.    I submit this certification in support of Plaintiffs' application for the *pro hac vice* admission of Emmy L. Levens, Robert A. Braun, Aaron J. Marks, and Amanda K. Chuzi, of the law firm Cohen Milstein Sellers & Toll PLLC in this matter pursuant to Local Civil Rule 101.1(c) and the Honorable Jessica S. Allen's preferences regarding *pro hac vice* admissions.

3.    Emmy L. Levens is a partner with the firm Cohen Milstein Sellers & Toll PLLC. Ms. Levens is a member in good standing of the Bars to which she is admitted, and her qualifications are set forth in the Certification of Emmy L. Levens filed simultaneously with these papers.

4.    Robert A. Braun is a partner with the firm Cohen Milstein Sellers & Toll PLLC. Mr. Braun is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Robert A. Braun filed simultaneously with these papers.

5.    Aaron J. Marks is an associate with the firm Cohen Milstein Sellers & Toll PLLC. Mr. Marks is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Aaron Marks filed simultaneously with these papers.

6.    Amanda K. Chuzi is an associate with the firm Cohen Milstein Sellers & Toll PLLC. Ms. Chuzi is a member in good standing of the Bars to which she is admitted, and her qualifications are set forth in the Certification of Amanda K. Chuzi filed simultaneously with these papers.

7.    I am confident that Emmy L. Levens, Robert A. Braun, Aaron J. Marks, and Amanda K. Chuzi are conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and they have advised me that they will abide by those Rules.

8.      Plaintiff, through counsel, has consented to the *pro hac vice* admission of Emmy

L. Levens, Robert A. Braun, Aaron J. Marks, and Amanda K. Chuzi.

9.      For the foregoing reasons, it is respectfully requested that the Court enter an order

admitting Emmy L. Levens, Robert A. Braun, Aaron J. Marks, and Amanda K. Chuzi to appear

*pro hac vice* before this Court for all further proceedings in this case.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated:  June 4, 2025                              Respectfully submitted,

                                                 */s/ Brent W. Johnson*
                                                 Brent W. Johnson

3