Brian F. McDonough (NJ Attorney ID 026121980)
David Reichenberg (NJ Attorney ID 507282024)
Jesse J. Sierant (NJ Attorney ID 049342013)
Leslie Prentice (NJ Attorney ID 021952011)
Blair Gerold (NJ Attorney ID 294602019)
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271

Brent Johnson (NJ Attorney ID 031902003)
Emmy L. Levens
Robert A. Braun
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW Suite 800
Washington, DC 20005
(202) 408-4600

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW J. PLATKIN, Attorney General of the State of New Jersey; ELIZABETH HARRIS, Acting Director of the New Jersey Division of Consumer Affairs, <br><br>         *Plaintiffs*, <br>    v. <br> RealPage, Inc. et al., <br><br>         *Defendants*. | Case No. 2:25-cv-03057-SDW-JSA <br><br> **CERTIFICATION OF ROBERT A. BRAUN IN SUPPORT OF *PRO HAC VICE* ADMISSION** |

I, Robert A. Braun, hereby certify:

1. I make this certification in support of Plaintiffs' Matthew J. Platkin and Elizabeth Harris (collectively, "Plaintiffs") application to permit me to appear and participate in this matter for Plaintiffs.

2.        I am a partner of the law firm Cohen Milstein Sellers & Toll PLLC, attorneys for Plaintiffs in the above-captioned action.

3.        I was admitted to the Louisiana State Bar in 2011, the District of Columbia State Bar in 2016, and the New York State Bar in 2015, all of which I am a member of in good standing.

4.        I was admitted to the United States District Court for the Southern District of New York in 2013, the United States Court of Appeals for the Fifth Circuit in 2013, the United States District Court for the District of Columbia in 2016, the United States District Court for the District of Maryland in 2022, and the United States District Court for the District of Colorado in 2023, all of which I am a member of in good standing.

5.        The names and addresses of the official or office maintaining the roll of the members of the Bars identified above are:

Louisiana State Bar Association
601 St. Charles Avenue
New Orleans, LA 70130

The District of Columbia Bar
901 4th Street, NW
Washington, D.C. 20001

New York State Bar Association
1 Elk Street
Albany, NY 12207

United States District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square,
New York, NY 10007

United States Court of Appeals for the Fifth Circuit
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130

United States District Court District of Columbia
333 Constitution Ave., NW

2

Washington, D.C. 20001

United States District Court District of Maryland
101 West Lombard Street
Baltimore, MD 21201

United States District Court District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294

6.     I am associated in this matter with Brent W. Johnson of Cohen Milstein Sellers & Toll PLLC, who is the attorney of record for Plaintiffs and is authorized to practice law in New Jersey, and is a member in good standing of the Bar of this Court.

7.     No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

8.     If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings, and shall abide by Local Civil Rule 101.1(c).

9.     Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), for any year in which I continue to appear in this matter.

10.     Upon being admitted to appear and participate in this matter *pro hac vice*, I shall also make prompt payment to the Clerk of the United States District Court of New Jersey as provided by Local Civil Rule 101.1(c)(3).

11.     I also understand that upon admission *pro hac vice*, I am subject to the orders and amendable to disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State

3

of New Jersey in good standing. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

12.    For the foregoing reasons, it is respectfully requested that the Court grant Plaintiffs' application to have me admitted pro hac vice to appear and participate as counsel in the matter pursuant to Local Civil Rule 101.1(c).

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated:  June 4, 2025                 Respectfully submitted,

*/s/ Robert A. Braun*
Robert A. Braun

4