**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

MATTHEW J. PLATKIN, Attorney General of the State of New Jersey; ELIZABETH HARRIS, Acting Director of the New Jersey Division of Consumer Affairs,

      *Plaintiffs*,

      v.

RealPage, Inc. et al.,

      *Defendants*.

Case No. 2:25-cv-03057-SDW-JSA

**ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE***

**THIS MATTER** having been opened to the Court by Cohen Milstein Sellers & Toll PLLC, counsel for Plaintiffs Matthew J. Platkin and Elizabeth Harris, (collectively, "Plaintiffs"), upon application for the entry of an order admitting *pro hac vice* Emmy L. Levens, Robert A. Braun, Aaron J. Marks, and Amanda K. Chuzi of the law firm of Cohen Milstein Sellers & Toll PLLC; and Defendants, through counsel, having consented to said application; and the Court having considered all papers filed in support of said application; and for good cause having been shown;

**IT IS** on this _____ day of _____, 2025,

**ORDERED** that Plaintiffs' application for the *pro hac vice* admission of Emmy L. Levens, Robert A. Braun, Aaron J. Marks, and Amanda K. Chuzi is hereby **GRANTED**; and it is further

**ORDERED** that Emmy L. Levens, Robert A. Braun, Aaron J. Marks, and Amanda K. Chuzi are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Plaintiffs in this matter; and it is further

**ORDERED** that Emmy L. Levens, Robert A. Braun, Aaron J. Marks, and Amanda K. Chuzi shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Emmy L. Levens, Robert A. Braun, Aaron J. Marks, and Amanda K. Chuzi shall, for the duration of the time that they serve as counsel *pro hac vice* in this matter, make an annual payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $250.00 per applicant to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Emmy L. Levens, Robert A. Braun, Aaron J. Marks, and Amanda K. Chuzi shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that Emmy L. Levens, Robert A. Braun, Aaron J. Marks, and Amanda K. Chuzi shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Brent W. Johnson or his partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

**SO ORDERED.**

_____
HON. JESSICA S. ALLEN, U.S.M.J.