IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW J. PLATKIN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC., et al.<br><br>Defendants. | Civil Action No. 2:25-cv-03057<br>(MCA-JSA)<br><br>*Filed Electronically* |

### STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITS FOR MOTIONS TO DISMISS

Plaintiffs Matthew J. Platkin, Attorney General of the State of New Jersey, and Elizabeth Harris, Acting Director of the New Jersey Division of Consumer Affairs (together, "Plaintiffs") and Defendants RealPage, Inc. ("RealPage"); Morgan Properties Management Company, LLC; AvalonBay Communities, Inc.; LeFrak Estates, L.P. ("LeFrak"); Greystar Management Services, LLC ("Greystar"); AION Management, LLC; Cammeby's Management Co. of New Jersey L.P. ("Cammeby's"); Veris Residential, Inc.; Russo Development, LLC, and Russo Property Management, LLC (together, "Russo"); The Kamson Corporation ("Kamson"); and Bozzuto Management Company (collectively "Defendants," and together with Plaintiffs, "Parties") hereby submit the following stipulation regarding the briefing schedule and page-limits for Defendants' anticipated Motions to Dismiss Plaintiffs' Complaint:

WHEREAS, Plaintiffs initiated this action on April 23, 2025, by filing a redacted copy of the Complaint publicly and an unredacted copy of the Complaint under seal (the "Complaint");

WHEREAS, of the eleven Defendants remaining in the case (counting Russo as a single Defendant), nine anticipate responding to the Complaint through a Joint Motion to Dismiss (the "Joint Motion to Dismiss");

WHEREAS, three of those nine Defendants also anticipate responding to the Complaint with short supplemental individual or joint briefs (the "Supplemental Briefs") addressing certain allegations and claims, as set forth in the Complaint, that are specific to those individual Defendants;

WHEREAS, the remaining two Defendants anticipate filing their own separate Motions to Dismiss (the "Separate Motions to Dismiss", and together with the "Joint Motion to Dismiss" and the "Supplemental Briefs", the "Motions to Dismiss") in accordance with the Local Rules;

WHEREAS, on June 5, 2025, the Court entered the Parties' stipulation, which ordered that all Defendants' responses to the Complaint be filed on or before July 15, 2025 (D.E. 29);

WHEREAS, the Parties have agreed to extend the deadline for all Defendants to respond to the Complaint until July 29, 2025;

WHEREAS, the Parties have agreed to a joint proposed briefing schedule for the Motions to Dismiss;

WHEREAS, the Parties agree that additional pages beyond those provided under Local Civil Rule 7.2 are necessary to fully present the issues that are expected to be jointly raised and addressed in the Joint Motion to Dismiss;

WHEREAS, the Parties agree that the Supplemental Briefs shall not exceed 15 pages in double-spaced 12-point proportional font (or the equivalent length in double-spaced 12-point non-proportional font or 14-point proportional font); and

WHEREAS, the Parties agree that the briefing filed in connection with the Separate Motions to Dismiss shall be subject to the page limitations provided under Local Civil Rule 7.2;

IT IS HEREBY STIPULATED AND AGREED, among the Parties, subject to the Court's approval, as follows:

1. The Parties agree to the following schedule for the Motions to Dismiss:

   i. Defendants will file the Joint Motion to Dismiss, the Supplemental Briefs, and the Separate Motions to Dismiss on or before July 29, 2025;

   ii. Plaintiffs will file their oppositions to the Motions to Dismiss on or before September 30, 2025;

   iii. Defendants will file their replies in support of the Motions to Dismiss on or before October 30, 2025; and

   iv. The Parties respectfully request that the Court hold a hearing on the Motions to Dismiss at its earliest convenience.

2. The opening brief in support of the Joint Motion to Dismiss shall be no more than 40-pages double-spaced 12-point proportional font; the opposition brief to the Joint Motion to Dismiss shall be no more than 40-pages double-spaced 12-point proportional font; and the reply brief to the Joint Motion to Dismiss shall be no more than 20-pages double-spaced 12-point proportional font.[1]

3. Opening Supplemental Briefs shall be no more than 15 pages double-spaced 12-point proportional font; opposition briefs in response shall be no more than 15 pages double-spaced 12-point proportional font; and reply briefs shall be no more than 8 pages double-spaced 12-point proportional font.

4. All briefing on the Separate Motions to Dismiss shall be subject to the page limitations provided under Local Civil Rule 7.2

IT IS SO STIPULATED:

Dated: July 3, 2025

---

[1] The Parties agree that for any of the page limits set forth in this Stipulation, the equivalent page limits set forth in Local Civil Rule 7.2 shall be used for any of the alternative font sizes as set forth by the Rule.

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

/s/ Brian F. McDonough
Brian F. McDonough (NJ Attorney ID 026121980) Assistant Attorney General
Brian.McDonough@law.njoag.gov

David Reichenberg (NJ Attorney ID 507282024)
Deputy Attorney General
Section Chief, Antitrust Section
David.Reichenberg@law.njoag.gov

Jesse J. Sierant (NJ Attorney ID 049342013)
Deputy Attorney General
Section Chief, Consumer Fraud Prosecution Section
Jesse.Sierant@law.njoag.gov

Leslie Prentice (NJ Attorney ID 021952011)
Deputy Attorney General
Antitrust Section
Leslie.Prentice@law.njoag.gov

Blair Gerold (NJ Attorney ID 294602019)
Deputy Attorney General
Consumer Fraud Prosecution Section
Blair.Gerold@law.njoag.gov

New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271

/s/ Brent Johnson
Brent Johnson (NJ Attorney ID 031902003)
Emmy L. Levens (admitted *pro hac vice*)
Robert A. Braun (admitted *pro hac vice*)
Amanda K. Chuzi (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Avenue NW, Suite 800
Washington, DC 20005
(202) 408-4600

/s/ Liza M. Walsh
Liza M. Walsh (NJ Attorney ID 013621985)
Christine I. Gannon (NJ Attorney ID 032052003)
Christine P. Clark (NJ Attorney ID 408252022)
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

Stephen Weissman (*pro hac vice* forthcoming)
Michael J. Perry
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8678

Jay Srinivasan (*pro hac vice* forthcoming)
Daniel G. Swanson (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

S. Chris Whittaker (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
(949) 451-4337

Ben A. Sherwood (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

Henry Cornillie (*pro hac vice* forthcoming)
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715

bjohnson@cohenmilstein.com
elevens@cohenmilstein.com
rbraun@cohenmilstein.com

Aaron J. Marks (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS
& TOLL PLLC
88 Pine Street, 14th Floor New York, NY 10005
(212) 838-7797
amarks@cohenmilstein.com

*Attorneys for Plaintiffs*

/s/ *Arnold B. Calmann*
Arnold B. Calmann (acalmann@saiber.com)
Jakob B. Halpern (jhalpern@saiber.com)
SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Telephone: (973) 622-3333

Jeffrey C. Bank (jbank@wsgr.com)
Brian J. Smith (brian.smith@wsgr.com)
Kendall Karr (kkarr@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800

*Attorneys for Defendant Morgan Properties Management Company, LLC*

/s/ *Kevin M. McDonough*
Kevin M. McDonough
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

Belinda S Lee (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600

Telephone: (415) 393-8260

*Attorneys for Defendant RealPage, Inc.*

/s/ *Andrew Muscato*
Andrew Muscato (NJ Attorney ID 018661978)
Karen Hoffman Lent (*pro hac vice forthcoming*)
Boris Bershteyn (*pro hac vice forthcoming*)
Evan Kreiner (*pro hac vice forthcoming*)
Sam Auld (*pro hac vice forthcoming*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Andrew.Muscato@skadden.com
Karen.Lent@skadden.com
Boris.Bershteyn@skadden.com
Evan.Kreiner@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendant Greystar Management Services, LLC*

/s/ *Jennifer Suh*
Jennifer Suh
Fara Tabatabai (*pro hac vice* forthcoming)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Tel.: (212) 837-6000
Fax: (212) 299-6882
jennifer.suh@hugheshubbard.com
fara.tabatabai@hugheshubbard.com

Sam Cowin (*pro hac vice* forthcoming)
Joe Dugan (*pro hac vice* forthcoming)
James D. Bragdon (*pro hac vice* forthcoming)
Rose C.A. Woolson (*pro hac vice* forthcoming)
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, MD 21201

Jennifer L. Giordano (*pro hac vice*)
Ehson Kashfipour (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200

*Attorneys for Defendant AvalonBay Communities, Inc.*

/s/ David S. Gold
Leo V. Leyva
Joseph Barbiere
David S. Gold
COLE SCHOTZ P.C.
Court Plaza North, 25 Main Street
Hackensack, NJ 07601
lleyva@coleschotz.com
jbarbiere@coleschotz.com
dgold@coleschotz.com

*Attorneys for Defendant The Kamson Corporation*

/s/ Sean J. Kirby
Sean J. Kirby (NJ Attorney ID 027782006)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
skirby@sheppardmullin.com

Leo Caseria (admitted *pro hac vice*)
Timothy Benedict (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
lcaseria@sheppardmullin.com
tbenedict@sheppardmullin.com

Scott Sveslosky (admitted *pro hac vice*)

Telephone: (410) 727-7702
Facsimile: (410) 468-2786
scowin@gejlaw.com
jdugan@gejlaw.com
jbragdon@gejlaw.com
rwoolson@gejlaw.com

*Attorneys for Defendant Bozzuto Management Company*

/s/ Harvey Bartle
Harvey Bartle (NJ Attorney ID 028792003)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540-6241
Telephone: 609.919.6685
harvey.bartle@morganlewis.com

William T. McEnroe (*pro hac vice* forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Tel: (215) 963-5000
william.mcenroe@morganlewis.com

Minna Naranjo (*pro hac vice* forthcoming)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1000
minna.naranjo@morganlewis.com

*Attorneys for Defendants Russo Development, LLC, and Russo Property Management, LLC*

/s/ David A. Kotler
David A. Kotler (NJ Attorney ID 040701993)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3669

6

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
350 South Grand Ave., 40th Floor
Los Angeles, CA 90071-3460
Telephone: (213) 620-1780
ssveslosky@sheppardmullin.com

Helen Eckert (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
herkert@sheppardmullin.com

*Attorneys for Defendant Veris Residential, Inc.*

*/s/ Christopher Porrino*
Christopher Porrino (NJ Attorney ID 017631992)
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700
cporrino@lowenstein.com

Aidan Synnott
Roberto Finzi
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
asynnott@paulweiss.com
rfinzi@paulweiss.com

*Attorneys for Defendant LeFrak Estates, L.P.*

david.kotler@dechert.com

Steven A. Engel (admitted *pro hac vice*)
John "Jay" Jurata, Jr. (admitted *pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
(202) 261-3369
steven.engel@dechert.com
jay.jurata@dechert.com

*Attorneys for Defendant Cammeby's Management Co. of New Jersey, L.P.*

*/s/ Courtney L. Schultz*
Courtney L. Schultz, Esq. (NJ Attorney ID 012482009)
1500 Market St.
Centre Square West, 38th Floor
Philadelphia, Pa. 19002
(215) 972-7717
courtney.schultz@saul.com

Katherine Ellen Chrisman (NJ Attorney ID 332042022)
650 College Road East, Suite 4000
Princeton, NJ 08540
Tel: (609) 452-3129
katherine.chrisman@saul.com

David D. Cross (*pro hac vice*)
Alexandra Russell (*pro hac vice*)
Goodwin Procter LLP
1900 N Street, N.W.
Washington, DC 20036
Tel.: (202) 346-4000
dcross@goodwinlaw.com
arussell@goodwinlaw.com

*Attorneys for Defendant AION Management, LLC*

SO ORDERED this 7th day of July, 2025.

_____
THE HONORABLE JESSICA S. ALLEN
UNITED STATES MAGISTRATE JUDGE

8