**LATHAM & WATKINS LLP**
Kevin M. McDonough
1271 Avenue of Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: Kevin.McDonough@lw.com

*Additional counsel on signature page*

*Attorneys for Defendant AvalonBay*
*Communities, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MATTHEW J. PLATKIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br><br> REALPAGE, INC., *et al.*, <br><br> Defendants. | Civil Action No. 2:25-cv-03057 <br><br> ORAL ARGUMENT REQUESTED <br><br> Hon. Madeline Cox Arleo <br> Hon. Jessica S. Allen <br><br> **Return Date: November 17, 2025** |

## NOTICE OF DEFENDANT AVALONBAY COMMUNITIES, INC.'S
## MOTION TO DISMISS COMPLAINT

**PLEASE TAKE NOTICE** that on November 17, 2025,[1] or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant AvalonBay Communities, Inc. ("AvalonBay"), shall move before The Honorable Madeline Cox Arleo, United States District Judge, at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, New Jersey 07101, to dismiss, with prejudice, Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) ("AvalonBay's Motion to Dismiss").

**PLEASE TAKE FURTHER NOTICE** that pursuant to Honorable Magistrate Jessica S. Allen's July 7, 2025 Order Approving the Briefing Schedule, at ECF 95, any opposition to AvalonBay's Motion to Dismiss shall be due on or before September 30, 2025, and any reply in support of AvalonBay's Motion to Dismiss shall be due on or before October 30, 2025.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion to Dismiss, AvalonBay will rely upon the Brief in Support of Motion to Dismiss, the Declaration of Jennifer L. Giordano and the exhibits thereto, the Request for Judicial Notice submitted herewith, as well as any submissions offered on reply.

---

[1] Pursuant to Honorable Magistrate Jessica S. Allen's July 7, 2025 Order Approving the Briefing Schedule, the briefing on the Motion to Dismiss will be complete on or before October 30, 2025 (ECF 95).

1

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also

submitted herewith.

Dated: July 29, 2025

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Kevin M. McDonough
Kevin M. McDonough (ID:
41892005)
LATHAM & WATKINS LLP
1271 Avenue of Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: Kevin.McDonough@lw.com

Jennifer L. Giordano (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
Ehson Kashfipour (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email:  Jennifer.Giordano@lw.com
            Allison.Smith@lw.com
            Ehson.Kashfipour@lw.com

Belinda S Lee (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-0600
Facsimile: (415) 395-8095
Email:  Belinda.Lee@lw.com

*Attorneys for Defendant AvalonBay
Communities, Inc.*

2