**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

---

**MATTHEW J. PLATKIN, Attorney General of the State of New Jersey, et al.,**

*Plaintiffs,*

v.

**REALPAGE, INC., et al.,**

*Defendants.*

---

Civil Action No. 25-3057

**ORDER**

---

**THIS MATTER** comes before the Court by way of five motions to dismiss Plaintiffs' Complaint, see ECF Nos. 115, 116, 117, 118, 120;[1]

And for reasons set forth in the accompanying Opinion;

**IT IS** on this 31st day of March, 2026;

**ORDERED** that the Joint MTD, ECF No. 115, is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that the AION MTD, ECF No. 116, is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that the K&C MTD, ECF No. 117, is **GRANTED in part** and **DENIED in part**; and it is further

---

[1] Plaintiffs are Matthew Platkin, Attorney General of the State of New Jersey, and Jeremy Hollander, Acting Director of the New Jersey Division of Consumer Affairs (collectively, "Plaintiffs").

Defendants RealPage, Inc., Morgan Properties Management Company, LLC, The Kamson Corporation, LeFrak Estate, L.P., Greystar Management Services, LLC, AION Management, LLC, Cammeby's Management Co. of N.J., L.P., Veris Residential, Inc., and Bozzuto Management Company, jointly moved to dismiss the Complaint. See ECF No. 115 ("Joint MTD"). Defendants AION, Kamson, and Cammeby's filed supplemental motions to dismiss. See ECF No. 116 ("AION MTD"); ECF No. 117 ("K&C MTD"). Defendants Russo Development, LLC and Russo Property Management, LLC filed an independent motion to dismiss. See ECF No. 118 (Russo MTD"). Defendant AvalonBay Communities, Inc. filed an independent docent motion to dismiss. See ECF No. 120 ("AvalonBay MTD").

1

**ORDERED** that the Russo MTD is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that the AvalonBay MTD is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that Plaintiffs' Complaint, ECF No. 1, is **DISMISSED in part**; and it is further

**ORDERED** that, considering that certain portions of the Complaint and specific motions to dismiss were filed under seal and/or with redaction, see ECF Nos. 1, 118, 120, the Parties shall jointly file any proposed redactions of the Court's accompanying Opinion with the Court within **fourteen (14) days** of the filing of this Order.

Date: 03.31.2026

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**

2