**LATHAM & WATKINS LLP**
Kevin M. McDonough
1271 Avenue of Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  Kevin.McDonough@lw.com

*Additional counsel on signature page*

*Attorneys for Defendant AvalonBay
Communities, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW J. PLATKIN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br><br>REALPAGE, INC., *et al.*,<br><br>Defendants. | Civil Action No. 2:25-cv-03057<br><br>**STIPULATION AND [PROPOSED] CONSENT ORDER SETTING DEADLINE TO ANSWER THE COMPLAINT**<br><br>Hon. Madeline Cox Arleo<br>Magistrate Judge Jessica S. Allen |

Defendant AvalonBay Communities, Inc. ("AvalonBay") and Plaintiffs Jennifer Davenport, Attorney General of the State of New Jersey,[1] and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs ("Plaintiffs" and together with Defendant, the "Parties") by and through their respective undersigned counsel, hereby submit this Stipulation and Proposed Consent Order setting a deadline for AvalonBay to answer the Complaint. In support, the Parties represent that:

1.      On March 31, 2026, the Court issued an Opinion and Order granting in part and denying in part AvalonBay's Motion to Dismiss the Complaint [ECF Nos. 160, 161];

2.      AvalonBay intends to file a Motion for Reconsideration of the Court's March 31, 2026 Opinion and Order [ECF Nos. 160, 161] to the extent they denied AvalonBay's Motion to Dismiss Plaintiffs' claim for unconscionable commercial practices under the New Jersey Consumer Fraud Act, N.J.S.A. § 56:8-2, Count IV;

3.      On April 13, 2026, counsel for the Parties conferred regarding the timing for AvalonBay's Answer to the Complaint;

4.      AvalonBay's Motion for Reconsideration will address the remaining claim against AvalonBay in this case;

---

[1] On January 20, 2026, Jennifer Davenport was automatically substituted as Plaintiff. *See* Fed. R. Civ. P. 25(d).

1

5.      The Parties have agreed that AvalonBay shall file an Answer to the Complaint within twenty-one (21) days following any decision by the Court denying AvalonBay's Motion for Reconsideration;

6.      This Stipulation is submitted in good faith, and not to cause undue or unwarranted delay of the proceeding; and

7.      This Stipulation is limited to the timing of AvalonBay's Answer and does not affect any other deadlines, obligations, or positions of the Parties. Nothing in this Stipulation shall be construed as a stay of discovery. The Parties agree that Plaintiffs may pursue discovery under the normal rules during the pendency of AvalonBay's Motion for Reconsideration (to which AvalonBay reserves its rights to object or seek relief as appropriate), and Plaintiffs do not waive their position that AvalonBay is required to participate in discovery during that period.

WHEREFORE, the Parties respectfully request that the Court issue an order directing AvalonBay to file an Answer to the Complaint within twenty-one (21) days following any decision by the Court denying AvalonBay's Motion for Reconsideration.

Dated:  April 14, 2026                    Respectfully submitted,

/s/ *Kevin M. McDonough*
Kevin M. McDonough (ID: 41892005)
LATHAM & WATKINS LLP
1271 Avenue of Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  Kevin.McDonough@lw.com

Jennifer L. Giordano (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
Ehson Kashfipour (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email:  Jennifer.Giordano@lw.com
            Allison.Smith@lw.com
            Ehson.Kashfipour@lw.com

Belinda S Lee (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-0600
Facsimile: (415) 395-8095
Email:  Belinda.Lee@lw.com

*Attorneys for Defendant AvalonBay Communities, Inc.*


JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

/s/ *Brian F. McDonough*
Brian F. McDonough (NJ Attorney ID 026121980)

3

Assistant Attorney General
David Reichenberg (NJ Attorney ID
507282024)
Section Chief, Antitrust Section
Jesse J. Sierant (NJ Attorney ID
049342013)
Section Chief, Consumer Fraud
Prosecution Section
Douglas T. Post (NJ Attorney ID
405852022)
Deputy Attorney General
New Jersey Office of the Attorney
General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271
Brian.McDonough@law.njoag.gov
David.Reichenberg@law.njoag.gov
Jesse.Sierant@law.njoag.gov
Douglas.Post@law.njoag.gov

*Attorneys for Plaintiffs*

*/s/ Brent W. Johnson*
Brent W. Johnson (NJ Attorney ID
031902003)
Emmy L. Levens (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
Amanda K. Chuzi (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Avenue NW, Suite 800
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com
elevens@cohenmilstein.com
rbraun@cohenmilstein.com
achuzi@cohenmilstein.com

Aaron J. Marks (*pro hac vice*)

4

COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797
amarks@cohenmilstein.com

*Attorneys for Plaintiffs*

5

SO ORDERED:


_____, 2026                         _____
                                              HON.