**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MATTHEW J. PLATKIN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> REALPAGE, INC., *et al.*, <br><br> Defendants. | No. 2:25-cv-03057-MCA-JSA <br><br> **ORDER GRANTING ADMISSION *PRO HAC VICE*** <br><br> Hon. Madeline Cox Arleo <br> Hon. Jessica S. Allen |

This matter having come before the Court on the application of Lowenstein Sandler LLP ("Lowenstein Sandler"), attorneys for LeFrak Estates, L.P. ("LeFrak") for the *pro hac vice* admission of Natalie Pita and Shauna P. Shalvey pursuant to L. Civ. R. 101.1; and the Court having considered the Declarations in support of the application, which reflect that Natalie Pita and Shauna P. Shalvey satisfy the requirements set forth in L. Civ. R. 101.1(c)(1); and for good cause shown:

**IT IS on this __27th__ day of __April__, 2026, ORDERED that**

1.      Natalie Pita and Shauna P. Shalvey are hereby granted admission *pro hac vice* to speak for and participate on behalf of LeFrak in this matter in the same manner as attorneys authorized to practice law in this State; and

2.      Natalie Pita and Shauna P. Shalvey shall notify the court immediately of any matter affecting their standing at the bar of any court; and

3.      Natalie Pita and Shauna P. Shalvey shall each, for the duration of the time that they serve as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey State Court Rule 1:28-2(a); and

4.      Natalie Pita and Shauna P. Shalvey shall comply with the provisions of L. Civ. R. 101.1(c)(3) and each submit payments of $250.00 to the Clerk of the Court for the District of New Jersey; and

5.      Natalie Pita and Shauna P. Shalvey shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Contingency Fee Rule 1:21-7, as amended; and

6.      Natalie Pita and Shauna P. Shalvey shall have all pleadings, briefs and other papers submitted to the Court in this matter filed by Christopher Porrino or another attorney of Lowenstein Sandler who is admitted to practice before this Court, as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(4).

s/Jessica S. Allen
The Honorable Jessica S. Allen, U.S.M.J.

Dated:   April 27, 2026    , 2026

2