**COHEN**MILSTEIN

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
cohenmilstein.com

Brent W. Johnson
**O:** 202.408.4600
**D:** 202.589.2271
bjohnson@cohenmilstein.com

May 1, 2026

**VIA ECF**
The Honorable Clerk of Court
United States District Court for the District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:    *Davenport et al. v. RealPage, Inc. et al.*, Civil Action No. 2:25-cv-03057

Dear Honorable Clerk:

We represent Plaintiffs, the Attorney General of the State of New Jersey, Jennifer Davenport, and the Acting Director of the Division of Consumer Affairs, Jeremy E. Hollander ("Plaintiffs") in the above-referenced matter.[1] Pursuant to Local Civil Rule 7.1(d)(5), Plaintiffs respectfully request that the Court adjourn the motion day for Defendant AvalonBay Communities, Inc.'s ("AvalonBay") Motion for Reconsideration (ECF No. 178) from May 18, 2026, to June 1, 2026.

Local Civil Rule 7.1(d)(5) permits the party opposing a dispositive motion to adjourn the original motion day once without the consent of the moving party, the Court, or the Clerk. L. Civ. R. 7.1(d)(5). AvalonBay's Motion for Reconsideration is a dispositive motion because it renews a Rule 12(b)(6) motion and invites the Court to dismiss AvalonBay from the case entirely. *Cf. Equal Emp. Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 98 (3d Cir. 2017) (noting that under Fed. R. Civ. P. 72, "a motion is dispositive if a decision on the motion would effectively determine a claim or defense of a party").

The motion day for AvalonBay's Motion for Reconsideration has not been previously extended. Plaintiffs therefore respectfully request that the Court adjourn the motion day for AvalonBay's Motion for Reconsideration to June 1, 2026.

<div style="float:right">

Respectfully submitted,

*/s/ Brent W. Johnson*
Brent W. Johnson

</div>

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 5/5/26

---

[1] This action was commenced by former Attorney General Matthew J. Platkin on behalf of the State of New Jersey. In accordance with Fed. R. Civ. P. 25(d), the current Attorney General of New Jersey, Jennifer Davenport, has been automatically substituted.