**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MATTHEW J. PLATKIN, Attorney General of the State of New Jersey; JEREMY E. HOLLANDER, Acting Director of the New Jersey Division of Consumer Affairs, <br><br> Plaintiffs, <br><br> v. <br><br> REALPAGE, INC.; MORGAN PROPERTIES MANAGEMENT COMPANY, LLC; AVALONBAY COMMUNITIES, INC.; KAMSON CORP.; REALTY OPERATIONS GROUP LLC; LEFRAK ESTATES, L.P.; GREYSTAR MANAGEMENT SERVICES, LLC; AION MANAGEMENT, LLC; CAMMEBY'S MANAGEMENT CO. OF NEW JERSEY L.P.; VERIS RESIDENTIAL, INC.; RUSSO PROPERTY MANAGEMENT, LLC; RUSSO DEVELOPMENT LLC; AND BOZZUTO MANAGEMENT COMPANY. <br><br> Defendants. | Civil Action No..: 2:25-cv-03057-MCA-JSA <br><br><br> **ORDER GRANTING THE APPLICATION FOR TONYA M. ESPOSITO, ESQ. ADMISSION *PRO HAC VICE*** |

**THIS MATTER** having been presented to the Court by Philip R. Sellinger, Esq., attorneys for Defendant Veris Residential, Inc., by motion for the *Pro Hac Vice* admission of Tonya M. Esposito, Esq. of the law firm Greenberg Traurig, LLP; and for good cause shown;

IT IS ON THIS 24th day of June, 2026, **ORDERED** that

1. Tonya M. Esposito, Esq. is hereby granted admission *pro hac vice* to speak for and participate on behalf of Defendant AC Residential REIT LLC d/b/a Veris Residential, Inc., as successor to Defendant Veris Residential, Inc. ("Veris") in this matter, in the same manner as attorneys authorized to practice law in this Court, and shall abide by the rules governing this Court, including all disciplinary rules, as well as with the provisions of N.J. Ct. R. 1:28-2(a) (payment

4

annually to the New Jersey Lawyers' Fund for Client Protection), during the time of his *pro hac vice* admissions;

2.      Tonya M. Esposito, Esq shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and

3.      Tonya M. Esposito, Esq. shall notify the Court immediately of any matter affecting her standing as a member of the bar of any other court.

IT IS SO ORDERED

_____
**s/ Jessica S. Allen**
Hon. Jessica S. Allen, U.S.M.J