**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MATTHEW J. PLATKIN, Attorney General of the State of New Jersey; JEREMY E. HOLLANDER, Acting Director of the New Jersey Division of Consumer Affairs,<br><br>Plaintiffs,<br><br>vs.<br><br>REALPAGE, INC.; MORGAN PROPERTIES MANAGEMENT COMPANY, LLC; AVALONBAY COMMUNITIES, INC.; KAMSON CORP.; REALTY OPERATIONS GROUP, LLC; LEFRAK ESTATES, L.P; GREYSTAR MANAGEMENT SERVICES, LLC; AION MANAGEMENT, LLC; CAMMEBY'S MANAGEMENT CO. OF NEW JERSEY L.P.; VERIS RESIDENTIAL, INC.; RUSSO PROPERTY MANAGEMENT, LLC; RUSSO DEVELOPMENT LLC, and BOZZUTO MANAGEMENT COMPANY,<br><br>Defendants. | No. 2:25-cv-03057-SDW-JSA<br><br>Hon. Madeline Cox Arelo<br>Hon. Jessica S. Allen |

**DEFENDANT CAMMEBY'S MANAGEMENT CO. OF NEW JERSEY L.P.'S**
**MOTION TO WITHDRAW ELENA KAMENIR AS COUNSEL**

Pursuant to Local Civil Rules 101(c)(5) and 102.1 of the United States District Court for the District of New Jersey, the undersigned counsel for Cammeby's Management Co. of New Jersey L.P. ("Cammeby's") respectfully requests that this Court grant leave to withdraw Elena Kamenir's appearance *pro hac vice* as counsel for Cammeby's. In support of this motion, the undersigned counsel states that Elena Kamenir is leaving the law firm of Dechert LLP and Cammeby's will continue to be represented by Dechert LLP, who also has appeared as counsel of record. In connection with the withdrawal, the Clerk of Court is respectfully requested to remove the undersigned counsel's name from the CM/ECF service list for this matter.

Dated: July 2, 2026

/s/ David A. Kotler
David A. Kotler
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3669
david.kotler@dechert.com

*Counsel for Cammeby's Management Co.*
*of New Jersey L.P.*

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing motion to be filed with the Clerk of the Court for the United States District Court for the District of New Jersey on July 2, 2026. The Court's CM/ECF system was used to file these documents, and so all counsel of record were served automatically by the Court's CM/ECF system.

Dated: July 2, 2026

*/s/ David A. Kotler*
David A. Kotler