COHENMILSTEIN

Cohen Milstein Sellers & Toll LLP
1100 New York Ave. NW, Suite 800
Washington, DC 20005
cohenmilstein.com

Brent W. Johnson
**O:** 202.408.4600
**D:** 202.589.2271
bjohnson@cohenmilstein.com

July 8, 2026

**VIA ECF**
The Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:    *Davenport et al. v. RealPage, Inc. et al.*,[1] Civil Action No. 2:25-cv-03057

Dear Magistrate Judge Allen:

We represent Plaintiffs, the Attorney General of the State of New Jersey, Jennifer Davenport, and the Acting Director of the Division of Consumer Affairs, Jeremy E. Hollander ("Plaintiffs") in the above-referenced matter.

In the Court's April 16 Letter Order (ECF No. 180), the Court directed that "No motions, other than a motion under Fed. R. Civ. P. 12, shall be filed without prior leave of Court." Pursuant to that Order, Plaintiffs hereby request leave to file a Motion for Leave to Amend the Complaint.

On March 31, 2026, the Court largely denied Defendants' motions to dismiss Plaintiffs' original Complaint. ECF No. 160. But in its order granting in part Defendant AvalonBay Communities, Inc.'s ("AvalonBay") motion to dismiss, the Court dismissed Plaintiffs' state and federal antitrust claims against AvalonBay without prejudice. ECF Nos. 160, 161. Therefore, Plaintiffs seek to move for leave to amend the Complaint to address the pleading gaps that the Court identified in its motion-to-dismiss ruling.

Plaintiffs respectfully submit that leave to file the Motion for Leave to Amend the Complaint should be granted, so that the Parties may endeavor to establish the contours of Plaintiffs' claims before fact discovery begins. Plaintiffs have concurrently filed with this letter the attendant pleadings for the requested Motion.

Respectfully submitted,

*/s/ Brent W. Johnson*
Brent W. Johnson

---

[1] This action was commenced by former Attorney General Matthew J. Platkin on behalf of the State of New Jersey. In accordance with Fed. R. Civ. P. 25(d), the current Attorney General of New Jersey, Jennifer Davenport, has been automatically substituted.