Brian F. McDonough (NJ Attorney ID 026121980)
Assistant Attorney General
New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5271

Brent W. Johnson (NJ Attorney ID 031902003)
Emmy L. Levens (*pro hac vice*)
Robert A. Braun (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Avenue NW, Suite 800
Washington, DC 20005
(202) 408-4600
*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JENNIFER DAVENPORT, Attorney General of New Jersey; JEREMY E. HOLLANDER, Acting Director of the New Jersey Division of Consumer Affairs, <br><br> *Plaintiffs*, <br> v. <br><br> REALPAGE, INC., et al., <br><br> *Defendants*. | Civil Action No. 2:25-cv-03057 <br> Hon. Madeline Cox Arleo <br> Hon. Jessica S. Allen |

<u>**NOTICE OF MOTION FOR LEAVE TO AMEND THE COMPLAINT**</u>

**PLEASE TAKE NOTICE** that on August 3, 2026, or as soon thereafter as the attorneys for the parties may be heard, Plaintiffs Jennifer Davenport, Attorney General of the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs ("Plaintiffs"), by and through counsel, will move this Court for an Order granting leave to amend the Complaint. Defendants declined to state a position regarding the proposed amendment.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 15.1(a)(1)–(2), both a "clean" copy and a "redline" copy of the proposed Amended Complaint are enclosed with this motion. Unredacted versions of such have been filed under provisional seal, along with redacted versions of the same.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is enclosed with this motion.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely upon the Memorandum of Law filed in support of the motion for leave to amend.

July 8, 2026                                             Respectfully submitted,

                                                        JENNIFER DAVENPORT
                                                        Attorney General of New Jersey

                                                        */s/ Brian F. McDonough*
                                                        Brian F. McDonough (NJ Bar No. 026121980)
                                                        Assistant Attorney General
                                                        Brian.McDonough@law.njoag.gov

                                                        David Reichenberg (NJ Bar No. 507282024)
                                                        Deputy Attorney General
                                                        Section Chief, Antitrust Section
                                                        David.Reichenberg@law.njoag.gov

                                                        Jesse J. Sierant (NJ Bar No. 049342013)
                                                        Deputy Attorney General
                                                        Section Chief, Consumer Fraud Prosecution
                                                        Section
                                                        Jesse.Sierant@law.njoag.gov

                                                        Laura E. Sedlak (NJ Bar No. 271282018)
                                                        Deputy Attorney General
                                                        Assistant Section Chief, Antitrust Section
                                                        Laura.Sedlak@law.njoag.gov

Monisha A. Kumar (NJ Bar No. 900212012)
Deputy Attorney General
Assistant Section Chief, Consumer
Fraud Prosecution Section
Monisha.Kumar@law.njoag.gov

Samuel T. Eglow (NJ Bar No. 394462022)
Deputy Attorney General
Consumer Fraud Prosecution Section
Samuel.Eglow@law.njoag.gov

Douglas T. Post (NJ Bar No. 405852022)
Deputy Attorney General
Douglas.Post@law.njoag.gov

New Jersey Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (609) 696-5271

*Attorneys for Plaintiffs*

*/s/ Brent W. Johnson*
Brent Johnson (NJ Attorney ID 031902003)
Emmy L. Levens (*pro hac vice* )
Robert A. Braun (*pro hac vice* )
Amanda K. Chuzi (*pro hac vice*)
Cohen Milstein Sellers & Toll LLP
1100 New York Avenue NW, Suite 800
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com
elevens@cohenmilstein.com
rbraun@cohenmilstein.com
achuzi@cohenmilstein.com

Aaron J. Marks (*pro hac vice* )
Cohen Milstein Sellers & Toll LLP
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797
amarks@cohenmilstein.com

*Attorneys for Plaintiffs*

3