**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JENNIFER DAVENPORT, Attorney General of New Jersey; JEREMY E. HOLLANDER, Acting Director of the New Jersey Division of Consumer Affairs,<br><br>*Plaintiffs*,<br><br>v.<br><br>REALPAGE, INC., et al.,<br><br>*Defendants*. | Civil Action No. 2:25-cv-03057<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR LEAVE TO AMEND THE COMPLAINT**

This matter has been brought before the Court on the motion of Plaintiffs Jennifer Davenport, Attorney General of the State of New Jersey, and Jeremy E. Hollander, Acting Director of the New Jersey Division of Consumer Affairs ("Plaintiffs"), to grant leave to amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). The Court has considered the parties' submissions, and for good cause shown,

**IT IS** on this _____ day of _____, 2026,

**ORDERED** that Plaintiffs are granted leave to amend the Complaint; and it is further

**ORDERED** that Plaintiffs shall file the Amended Complaint within _____days of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                                HON. MADELINE COX ARLEO, U.S.D.J.

1