Brent W. Johnson (NJ Attorney ID 031902003)
COHEN MILSTEIN SELLERS & TOLL LLP
1100 New York Avenue NW, Suite 800
Washington, DC 20005
(202) 408-4600

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| JENNIFER DAVENPORT, Attorney General of New Jersey; JEREMY E. HOLLANDER, Acting Director of the New Jersey Division of Consumer Affairs, <br><br> *Plaintiffs*, <br> v. <br><br> REALPAGE, INC., et al., <br><br> *Defendants*. | Civil Action No. 2:25-cv-03057 <br> Hon. Madeline Cox Arleo <br> Hon. Jessica S. Allen |

**<u>CERTIFICATE OF SERVICE</u>**

On this date, the following documents were served on all parties through the Court's ECF System: (1) Plaintiffs' Notice of Motion for Leave to Amend the Complaint ("Motion to Amend"); (2) Plaintiffs' Memorandum of Law in Support of Motion to Amend, including an unredacted copy filed under provisional seal and redacted version of the same; (3) Proposed Order Granting Motion to Amend; (4) an unredacted "clean" copy of the proposed Amended Complaint filed under provisional seal and redacted version of the same; and (5) an unredacted "redline" copy of the proposed Amended Complaint filed under provisional seal and redacted version of the same.

Dated: July 8, 2026

*/s/ Brent W. Johnson*
Brent W. Johnson
*Counsel for Plaintiffs*