**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **JENNIFER DAVENPORT, *et al.*,** *Attorney General of the State of New Jersey*, <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **REALPAGE, INC., *et al.*,** <br><br> **Defendants.** | **Civil Action No. 25-3057 (MCA) (JSA)** <br><br><br> <u>**TEMPORARY ORDER**</u> <br> <u>**TO SEAL**</u> |

**THIS MATTER** having come before the Court on Plaintiffs' "Motion to Provisionally Seal Both the Unredacted Proposed Amended Complaint and Unredacted Motion for Leave to Amend the Complaint, and to Enter a Protective Order," (ECF No. 210), which the Court construes as a motion for the entry of an order under Local Civil Rule 5.3(c)(9) permitting the temporary sealing of materials, and for entry of a discovery confidentiality order, pursuant to Local Civil Rule 5.3(b); and no opposition to the motion having been filed;

and the Court having considered Plaintiffs' assertions set forth in the motion (ECF No. 210) that the Proposed Amended Complaint and Motion for Leave to Amend quote and reference documents produced in discovery and designated "Confidential" or "Highly Confidential" in related litigation pending in the District of Columbia, *District of Columbia v. RealPage, Inc., et al.*, No. 2023-CAB-6762 (D.C. Sup. Ct.) (the "D.C. Action");

and the Court having found that, given the purported nature of the documents previously designed as "Confidential" or "Highly Confidential" by parties and/or nonparties to the instant action and the related D.C. Action, and to afford these parties and/or non-parties the opportunity

to formally brief whether there is a basis to seal the unredacted Proposed Amended Complaint (ECF Nos. 212-1 & 212-2) and/or Motion for Leave to Amend (ECF No. 212) under Local Civil Rule 5.3(c)(3);

and for good cause shown;

**IT IS on this 24th day of July 2026,**

**ORDERED THAT:**

1) The Clerk's Office shall temporarily maintain under seal the materials filed as ECF Nos. 212, 212-1, and 212-2; and

2) Any request by a party or nonparty to file the unredacted Proposed Amended Complaint and/or Motion for Leave to Amend permanently under seal shall be made by way of a single, consolidated motion on behalf of all such parties or non-parties **on or before August 7, 2026**, pursuant to Local Civil Rule 5.3(c)(1).  Any opposition shall be filed **on or before August 17, 2026**.  Any reply shall be filed **on or before August 24, 2026**; and

3) Plaintiffs' request for the entry of a protective order is denied as premature.  The parties are directed to meet and confer on any proposed discovery confidentiality order and, if appropriate, submit same for the Court's approval, pursuant to Local Civil Rule 5.3(b); and

4) The Clerk of the Court is directed to terminate the motion filed as ECF No. 210; and

5) Plaintiffs are directed to serve a copy of this Order on the parties in the D.C. Action and Defendants in the instant action within seven (7) days of entry of this Order.

**s/ Jessica S. Allen**
**Honorable Jessica S. Allen**
**United States Magistrate Judge**

cc: Hon. Madeline Cox Arleo, U.S.D.J.