Liza M. Walsh
Christine I. Gannon
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant RealPage, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER DAVENPORT, *et al*., | Civil Action No. 2:25-cv-03057 (SDW-JSA) |
| Plaintiffs, | |
| v. | **NOTICE OF MOTION TO SEAL** |
| REALPAGE, INC., *et al*., | **Return Date: September 8, 2026** |
| Defendants. | *Filed Electronically* |

**PLEASE TAKE NOTICE** that on September 8, 2026, or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendant RealPage, Inc. ("RealPage") shall move before the Honorable Jessica S. Allen, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order pursuant to Local Civil Rule 5.3(c) and the Court's July 24, 2026 Temporary Order to Seal (D.E. 217) to Seal limited portions of the Proposed First Amended Complaint and Motion for Leave to Amend (D.E. 212) in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE THAT** the RealPage shall rely upon the accompanying Declaration of Liza M. Walsh with Exhibit 1 annexed thereto, and all papers submitted in support of this motion.

**PLEASE TAKE FURTHER NOTICE THAT** the Plaintiffs do not object to this motion.

**PLEASE TAKE FURTHER NOTICE THAT** a proposed form of Order is also submitted for the Court's consideration.

Dated: August 7, 2026

Respectfully submitted,

By: *s/Liza M. Walsh*
Liza M. Walsh
Christine I. Gannon
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Of Counsel* (admitted *pro hac vice*):
Stephen Weissman
sweissman@gibsondunn.com
Michael J. Perry
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Jay Srinivasan
jsrinivasan@gibsondunn.com
Daniel G. Swanson
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

S. Chris Whittaker

2

cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

Henry Cornillie
hcornillie@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center Suite 2600
San Franciso, CA 94111-3715
Telephone: (415) 393-8260

*Attorneys for Defendant RealPage, Inc.*

3