Liza M. Walsh
Christine I. Gannon
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant RealPage, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JENNIFER DAVENPORT, *et al*., | Civil Action No. 2:25-cv-03057 (SDW-JSA) |
| Plaintiffs, | |
| v. | **STATEMENT IN LIEU OF BRIEF PURSUANT TO LOCAL CIVIL RULE 7.1(d)(4)** |
| REALPAGE, INC., *et al*., | |
| Defendants. | *Filed Electronically* |

Pursuant to Local Civil Rule 7.1(d)(4), no brief in support of the motion brought by Defendant RealPage, Inc. ("RealPage") for the entry of an Order to Seal is necessary because the factual and legal basis for the relief sought herein are set forth in the Declaration of Liza M. Walsh with Exhibit 1 annexed thereto, and the Proposed Order, and Plaintiffs have confirmed they will not oppose the motion.

Dated: August 7, 2026

Respectfully submitted,

By: *s/Liza M. Walsh*
Liza M. Walsh
Christine I. Gannon
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center

1

100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Of Counsel* (admitted *pro hac vice*):
Stephen Weissman
sweissman@gibsondunn.com
Michael J. Perry (D.C. Bar. No. 1047965)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Jay Srinivasan
jsrinivasan@gibsondunn.com
Daniel G. Swanson
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

S. Chris Whittaker
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

Henry Cornillie
hcornillie@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center Suite 2600
San Franciso, CA 94111-3715
Telephone: (415) 393-8260

*Attorneys for Defendant RealPage, Inc.*

2