# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JENNIFER DAVENPORT, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> REALPAGE, INC., *et al*., <br><br> Defendants. | Civil Action No. 2:25-cv-03057 (SDW-JSA) <br><br> **[PROPOSED] ORDER** <br><br> *Filed Electronically* |

**THIS MATTER** having been opened to the Court, pursuant to Local Civil Rule 5.3(c) and the Court's July 24, 2026 Temporary Order to Seal (D.E. 217), by the application of Defendant RealPage, Inc. ("RealPage") by and through its undersigned counsel, in connection with the Motion to Seal limited portions of the Proposed First Amended Complaint and Motion for Leave to Amend (D.E. 212) in the above-captioned action, and the Court having found that the standards of L. Civ. R. 5.3(c) have been met and support the sealing of the confidential documents and information; and the Court having been informed that Plaintiffs through counsel have indicated consent to the requested relief; and for other and good cause having been shown, the Court hereby finds:

## FINDINGS OF FACT

1.     Pursuant to Local Civil Rule 5.3(c), RealPage moves to seal limited portions of the Proposed First Amended Complaint and Motion for Leave to Amend (D.E. 212) in the above-captioned action.

2.     The select portions of the Proposed First Amended Complaint and Motion for Leave to Amend identified in the Index attached as Exhibit 1 to the Declaration of Liza M.

Walsh ("Walsh Decl.") that RealPage seeks to seal are collectively referred to herein as the "Confidential Information."

3.      The Confidential Information is the same information that was previously sealed pursuant to the Court's July 7, 2025 Order (D.E. 98). Walsh Decl. ¶ 3. More specifically, after the original Complaint (D.E. 3) was filed, RealPage filed a Motion to Seal Limited Portions of the Complaint (D.E. 18) (the "Prior Motion to Seal"). Walsh Decl. ¶ 3. The Court granted the Prior Motion to Seal on July 7, 2025 (D.E. 98). Walsh Decl. ¶ 3. The portions of the Proposed Amended Complaint (D.E. 212-1, 212-2) that RealPage seeks to seal in the instant motion are identical to the portions of the original Complaint (D.E. 3) that were sealed pursuant to the Court's July 7, 2025 Order (D.E. 98).  Walsh Decl. ¶ 3.

4.      In issuing the July 7, 2025 Order (D.E. 98), the Court determined that RealPage satisfied its burden of establishing under Local Civil Rule 5.3(c) that the same information contained in the Confidential Information is entitled to protection, and that there is no less restrictive alternative to sealing the same information contained in the Confidential Information. Walsh Decl. ¶ 4.

5.      As set forth in the evidentiary support previously submitted to the Court in connection with the Prior Motion to Seal – which RealPage relies on in the instant motion – including the Declaration of Jay Srinivasan, filed at D.E. 18-1 and the Index attached as Exhibit A, and the Declaration of Amy Dreyfuss, filed at D.E. 18-2, RealPage has a legitimate interest in maintaining the confidentiality of its confidential and competitively sensitive commercial and technical business information, RealPage would suffer a clearly defined and serious injury if the Confidential Information is disclosed, there is no less restrictive alternative to the sealing of

the Confidential Information.  Walsh Decl. ¶ 6.

6.      RealPage has complied with the terms of the Local Civil Rule 5.3(c) by moving to seal the Confidential Information.

## CONCLUSIONS OF LAW

1.      Having considered this matter pursuant to Fed. R. Civ. P. 78 and Local Civil Rule 5.3, and RealPage's submissions in support of the Motion, and consistent with the Court's July 7, 2025 Order, which found that the same information contained in the Confidential Information is entitled to protection, the Court finds that RealPage has satisfied its burden of proving under L. Civ. R. 5.3(c), that the Confidential Information is highly confidential or confidential and entitled to protection.

2.      The information in RealPage's motion satisfies the standards set forth in Local Civil Rule 5.3(c) and there is no less restrictive alternative to sealing the Confidential Information.

**THEREFORE,** it is on this _____ day of _____, 2026;

**ORDERED** that RealPage's Motion pursuant to Local Civil Rule 5.3(c) to Seal is **GRANTED**.

**SO ORDERED.**

_____
**HONORABLE JESSICA S. ALLEN**
**UNITED STATES MAGISTRATE JUDGE**